UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC CINA,

                Plaintiff,

v.

C/O GONZALES, et al.,

                Defendants.

Case No. 3:23-cv-00384-ART-CLB

ORDER

On June 18, 2024, the Court screened Plaintiff Eric Cina's 42 U.S.C. § 1983 civil rights complaint under 28 U.S.C. § 1915A. (ECF No. 3.) The Court ordered that the action would proceed on three claims against several defendants. The Court also stayed the case for 90 days in order to give the parties an opportunity to settle the case.

Shortly thereafter, Cina filed a proposed first amended complaint. (ECF No. 5.) The amended complaint is identical to the original 10-page complaint, except that Cina has also included a more specific breakdown of the damages he seeks as page 11. He has not, however, signed the proposed amended complaint. *See id.* at 10. Federal Rule of Civil Procedure 11(a) requires that every pleading be signed by at least one attorney of record or by a party personally if the party is not represented by counsel. So the Court will strike the proposed amended complaint for failure to comply with the rules of civil procedure.

The Clerk of Court is directed to send Cina a copy of the proposed amended complaint. (ECF No. 5.) If Cina wishes the Court to screen the proposed amended complaint, he should merely sign it and re-file it in this case. If Cina does not file the proposed amended complaint within 30 days of the date of this order, this action will proceed to Inmate Early Mediation on the original complaint as set forth in the order at ECF No. 3.

It is therefore ordered that the proposed first amended complaint (ECF No. 5) is stricken.

1

1    It is further ordered that the Clerk of Court send to Plaintiff one copy of the proposed first amended complaint (ECF No. 5).

2    It is further ordered that if Plaintiff wishes the Court to screen the proposed first amended complaint, he must, within 30 days of the date of this order, sign and file the proposed first amended complaint.

3    It is further ordered that if Plaintiff does not file a proposed amended complaint by this Court's deadline, this action will proceed to Inmate Early Mediation on the original complaint at ECF No. 4.

DATED THIS 12th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE