1  AARON D. FORD
    Attorney General
2  RUDOLF M. D'SILVA (Bar #16227)
    Deputy Attorney General
3  State of Nevada
    Office of the Attorney General
4  1 State of Nevada Way, Suite 100
    Las Vegas, Nevada 89119
5  (702) 486-3375 (phone)
    (702) 486-3768 (fax)
6  Email: rdsilva@ag.nv.gov

7  *Attorneys for Defendant*
    *Marvin Gonzalez*

8

9            **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11  ERIC CINA,                          Case No.  3:23-cv-00384-ART-CLB

12                Plaintiff,

13   v.                                 **ORDER GRANTING MOTION TO
                                         EXTEND THE TIME TO FILE**
14  STATE OF NEVADA et al.,             **OPPOSITION TO MOTION TO
                                         COMPEL DISCOVERY**
15                Defendants.           **(FIRST REQUEST)**

16        Defendant Marvin Gonzalez, by and through counsel, Aaron D. Ford, Nevada

17  Attorney General and Rudolf M. D'Silva Deputy Attorneys General of the State of Nevada,

18  Office of the Attorney General, hereby request to extend the time to file his Opposition to

19  Plaintiff's Motion to Compel in ECF No. 33 for seven (7) days **from July 29, 2025, to**

20  **August 5, 2025.**

21  **I.      POINTS AND AUTHORITY**

22        Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . .

23  with or without motion or notice . . . if a request is made, before the original time or its

24  extension expires."  Defendants seek a first extension to file their Opposition to Plaintiff's

25  Motion to Compel Discovery. Good cause is present to grant an extension of seven (7) days

26  to file an opposition.

27        In Plaintiff Eric Cina's (Cina) Motion to Compel Discovery (Motion) he is requesting

28  that this Court compel Defendants to produce emails relating to a cell search conducted

                              Page **1** of **3**

1    on his cell on August 4, 2022. Defense counsel has completed his Opposition to Plaintiff's

2    Motion but requires an additional seven days to obtain a declaration from NDOC's IT

3    Manager explaining the efforts made to locate Cina's emails. Defense counsel has tried to

4    get in touch with him prior to the filing of this Opposition to no avail, but believes he will

5    be able to get in touch with NDOC's IT Manager within the next week.

6         Accordingly, Defendants respectfully request that the extension be granted for good

7    cause. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010) (holding

8    that the "district court abused its discretion in denying party's timely motion" to extend

9    time because the party "demonstrated the 'good cause' required by Rule 6, and because

10   there was no reason to believe that [the party] was acting in bad faith or was

11   misrepresenting his reasons for asking for the extension"). **Defendants request an**

12   **additional seven (7) days, or until August 5, 2025, to file their Opposition to**

13   **Plaintiff's Motion.**

14        DATED this 29th day of July, 2025.

15                                                     AARON D. FORD
                                                       Attorney General
16                                                     By: /s/ *Rudolf M. D'Silva*
                                                       RUDOLF M. D'SILVA (Bar No. 16227)
17                                                     Deputy Attorney General
                                                       *Attorneys for Defendants*
18

19

20   **IT IS SO ORDERED.**

21   **DATED:** _July 30, 2025_

22                                                     _____
                                                       **UNITED STATES MAGISTRATE JUDGE**
23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of the State of Nevada, Office of the Attorney General,

3    and that on July 29, 2025, I electronically filed the foregoing **MOTION TO EXTEND THE**

4    **TIME TO FILE OPPOSITION TO MOTION TO COMPEL DISCOVERY (FIRST**

5    **REQUEST)** via this Court's electronic filing system. Parties who are registered with this

6    Court's electronic filing system will be served electronically.

7          Eric Cina #1017561
           Lovelock Correctional Center
8          1200 Prison Road
           Lovelock, NV 89149
9          *Plaintiff, Pro Se*

10

11                                        */s/ Jamile Vazquez*
                                          Jamile Vazquez, an employee of the
12                                        Office of the Nevada Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28