UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CINA,<br><br>          Plaintiff,<br><br>v.<br><br>GONZALEZ, *et al.*,<br><br>          Defendants. | Case No. 3:23-CV-00384-ART-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 41] |

Before the Court is Defendants' motion to extend the deadline to file a motion for summary judgment. (ECF No. 41.) For good cause appearing, Defendats' motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants will have until **November 2, 2025,** to file their motion for summary judgment.

**IT IS FURTHER ORDERED** that the joint pretrial order deadline is extended to **December 2, 2025**, or 30 days following the entry of the court's ruling on the dispositive motion.

**DATED**: September 25, 2025.

_____
UNITED STATES MAGISTRATE JUDGE